**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000370**
**03-MAY-2024**
**07:54 AM**
**Dkt. 158 ODMR**

NO. CAAP-20-0000370

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRYAN SUITT, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1PR161000011)

**ORDER**
(By: Leonard, Acting Chief Judge and Hiraoka, J.
and DeWeese, Third Circuit Court J. (in place of Wadsworth,
Nakasone, McCullen and Guidry, JJ., recused))

Upon review of the Motion for Reconsideration filed by Petitioner-Appellant Bryan **Suitt** on April 29, 2024, the papers in support, and the record, it appears that:

1.  Suite moves for reconsideration of our April 23, 2024 Order granting "Respondent-Appellee State of Hawaii's Motion to Dismiss Claims Against the Hawai'i Paroling Authority in this Appeal as Moot"; and

2.  The motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 3, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Wendy M. DeWeese
Third Circuit Court Judge